

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2014

No. 04-13-00612-CV

Sage M. **BARRERA** and Jenesey Barrera,
Appellants

v.

Dean T. **CHERER,**
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2013-CV-0077
Charles Ramsay, Judge Presiding

# O R D E R

Appellant's motion to withdraw is hereby GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court